*E-Filed 1/9/12*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

MARK SPRINKLE,                                    No. C 11-5787 RS (PR)

               Plaintiff,                      **ORDER OF DISMISSAL**

      v.

JOHN DOE,

             Defendant.
_____/

      This is a federal civil rights action filed by a *pro se* state prisoner pursuant to 42

U.S.C. § 1983.  By order of the Court, plaintiff was granted 30 days (1) to file a complete

application to proceed *in forma pauperis* ("IFP"), or (2) to pay the filing fee of $350.00, or

face dismissal of the action.  More than 30 days have passed since the order was filed, and

plaintiff has not filed an IFP application or paid the filing fee.  Plaintiff also has failed to

comply with an order to submit a complaint within 30 days.  Accordingly, the action is

DISMISSED without prejudice as to plaintiff filing (1) a complaint, **and** (2) a complete IFP

application or paying the filing fee.  The Clerk shall enter judgment in favor of defendant and

close the file.

      **IT IS SO ORDERED**.

DATED:  January 9, 2012

                                   RICHARD SEEBORG
                             United States District Judge